THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Stanley Lee Sargent,       
Appellant.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2004-UP-068
Submitted November 19, 2003  Filed 
 February 11, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant. 
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Stanley Lee Sargent pled guilty 
 to unlawful carrying of a pistol, assault and battery of a high and aggravated 
 nature, leaving the scene of an accident with property damage, second-degree 
 burglary, and two counts of possession of methamphetamines, third offense.  
 Facing sentences totaling 56 years imprisonment, he received concurrent sentences 
 with his longest sentence being 15 years.  Counsel attached to the final brief 
 a petition to be relieved as counsel.  Sargent did not file a separate pro se 
 response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Sargents 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.